

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00022-CV

Juan Juarez **PALAEZ**,
Appellant

v.

Luz Maria **JUAREZ**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2012CVG001105-D3
Honorable Rebecca Palomo, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee Luz Maria Juarez recover her costs of appeal from appellant Juan Juarez Palaez.

SIGNED December 17, 2014.

_____
Rebeca C. Martinez, Justice